UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASON SMALLS,

                Plaintiff,                              **JUDGMENT**
                                                                    13-CV-1257 (RRM) (CLP)

    - against -

THE NEW YORK HOPSITAL MEDICAL
CENTER OF QUEENS, AN DARLENE
MERCIECA as an aider and abettor,

                Defendants.
-----------------------------------------------------------X

    A Memorandum and Order of the court issued this day granting defendants' motion for summary judgment and dismissing all claims, it is hereby

    ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants, and that all claims brought by plaintiff as against defendants are dismissed with prejudice.

    The Clerk of Court is respectfully directed to close this case.


Dated: Brooklyn, New York                          *Roslynn R. Mauskopf*
       September 15, 2015                         _____
                                                            ROSLYNN R. MAUSKOPF
                                                            United States District Judge